# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **SMILEY AESTHETICS HOLDCO, LLC** and | ) | Case No. 3:26-bk-01834 |
| **SMILEY AESTHETICS OF TENNESSEE, LLC.** | ) | |
| | ) | Judge Randal S. Mashburn |
| Debtors. | ) | |
| | ) | Jointly Administered[1] |

---

## DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING ON MAY 12, 2026

---

The above-captioned debtors, Smiley Aesthetics HoldCo, LLC ("HoldCo") and Smiley Aesthetics of Tennessee, LLC ("SA of TN" and together with HoldCo, the "Debtors" or "Smiley"), hereby disclose their witness and exhibit list in connection with the hearing on their permission to continue using cash collateral, as set in the Court's *Expedited Order (I) Authorizing Interim Use of Cash Collateral, (II) Providing Adequate Protection, and (III) Scheduling a Second Interim Hearing on Continued Use of Cash Collateral* [Doc. No. 15], set for hearing before the Court on Tuesday, May 12, 2026 at 9:30 a.m. (the "Hearing").

### WITNESS LIST

The Debtors disclose the following witnesses that Debtors may call at the Hearing:

1.     Carla Smiley Pierson, co-Founder and COO of the Debtor.

2.     Any witness listed by any other party.

3.     Any witness necessary to rebut the testimony of a witness called or designated by any other party.

---

[1] The Debtors' respective tax identification numbers (last four digits) and case numbers are: Smiley Aesthetics HoldCo, LLC, Tax ID No. 8497, at Case No. 26-01834; and Smiley Aesthetics of Tennessee, LLC, Tax ID No. 9521, at Case No. 26-01835. All filings except proofs of claim are to be filed in the lead case of Smiley Aesthetics HoldCo, LLC. Proofs of claims shall be filed under the case number of the Debtor(s) alleged to owe the debt.

1

# EXHIBIT LIST

The Debtors disclose the following exhibits Debtors may seek to introduce into evidence.

The identification and disclosure of each exhibit below incorporates and includes any attachments.

1.     *Motion for Entry of Order Authorizing Continued Use of Cash Collateral* [Doc. No. 5].

2.     *Notice of Filing Supplemental Budget* [Doc. No. 25].

3.     *UCC Lien Certified Search Report* from the Tennessee Secretary of State for Smiley Aesthestics HoldCo, LLC.

4.     *UCC Lien Certified Search Report* from the Tennessee Secretary of State for Smiley Aesthestics of Tennessee, LLC.

5.     Any exhibits identified by any other party.

6.     Any rebuttal exhibits.

Respectfully Submitted,

/s/ R. Alex Payne
R. Alex Payne
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 Overlook Boulevard, Suite 316
Brentwood, Tennessee 37027
629.777.6529
alex@dhnashville.com
*Counsel for the Debtors*

## CERTIFICATE OF SERVICE

On May 8, 2026, the foregoing was served via CM/ECF on all parties consenting to electronic service in this case.

/s/ R. Alex Payne
R. Alex Payne